AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

_____ District of COLUMBIA ⏷

| | | |
|---|---|---|
| UNITED STATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  22-CR-00083(CKK) |
| JOE BLYTHER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOE BLYTHER                                                                                      .

Date:     4/9/22

*Attorney's signature*

A. EDUARDO BALAREZO; DC BAR 462659

*Printed name and bar number*

400 SEVENTH STREET, NW
SUITE 306
WASHINGTON, DC 20004

*Address*

AEB@BALAREZOLAW.COM

*E-mail address*

202-639-0999

*Telephone number*

202-639-0899

*FAX number*