AO 442 (Rev. 11/11) Arrest Warrant

FID# 9925309

RECEIVED MAR 16 '22
U.S. MARSHAL-DC AM11:0

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
ABUBAKR BANIRE,
CHRISTOPHER AKINDURO,
KAVON DUNCAN,
JOE BLYTHER, and
ISSAC AKINDURO,

*Defendant*

) Case: 1:22-cr-00083
) Assigned To : Kollar-Kotelly, Colleen
) Assign. Date : 03/15/2022
) Description: INDICTMENT (B)

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joe Blyther

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Marijuana)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)(Unlawful Possession with Intent to Distribute Marijuana)
18 U.S.C. § 924(c)(1)(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense)
18 U.S.C. § 922(g)(1)(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

Date: 03/15/2022

Robin M. Meriweather
2022.03.15 16:00:57
-04'00'

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/16/2022, and the person was arrested on *(date)* 06/10/2022
at *(city and state)* Washington, DC.

Date: 06/10/2022

*Arresting officer's signature*

Justin Trotman, DVSM
*Printed name and title*